UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*filed electronically*

UNITED STATES OF AMERICA

v.

PHILIP E. MICHAEL, II         No. 3:16-cr-101-CRS
MEDS 2 GO EXPRESS PHARMACY, INC.
MARK REINHARD
EUTON LAING
JOETTA KUHN

    Defendants.

## PHILIP MICHAEL, II'S MOTION TO
## DISMISS COUNT 8 OF THE SUPERSEDING INDICTMENT

Defendant Philip Michael II brings this motion to dismiss Count 8 of the Superseding Indictment, which charges identify theft, because he did not "use" the identity within the meaning of the statute. A memorandum in support of the motion is filed herewith.

    Respectfully submitted,

    */s/ Kent Wicker*
    Kent Wicker
    Nicole Elver
    DRESSMAN BENZINGER LAVELLE PSC
    321 West Main Street, Suite 2100
    Louisville, Kentucky 40202
    (502) 572-2500

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been filed with the Clerk of the United States District Court for the Western District of Kentucky and served upon counsel of record by using the CM/ECF System on this 28th day of October, 2016.

      */s/ Kent Wicker*
      Kent Wicker