UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*filed electronically*

UNITED STATES OF AMERICA

v.

PHILIP E. MICHAEL, II                                        No. 3:16-cr-101-CRS
MEDS 2 GO EXPRESS PHARMACY, INC.
MARK REINHARD
EUTON LAING
JOETTA KUHN

      Defendants.

## ORDER

This matter is before the Court on the motion of Defendant Philip Michael II to dismiss

Count 8 of the Superseding Indictment. Having considered the motion, and being otherwise well

advised, IT IS ORDERED that the motion is GRANTED.