Humana Inc

▓▓▓▓▓▓▓▓▓▓

April 27, 2012 through July 1, 2014

| Member ID | Member Last Name | Member First Name | Member Birthdate | Member Gender |
|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓ | ▓▓▓ | 09/22/1937 | F |
| ▓▓▓▓ | ▓▓▓ | ▓▓▓ | 09/22/1937 | F |

| Member Address - Line 1 | Member Address - City | Member Address - State | Member Address - Zip Code |
|---|---|---|---|
| 261 SAUNDERS BRANCH RD | CHAPMANVILLE | WV | 25508 |
| 261 SAUNDERS BRANCH RD | CHAPMANVILLE | WV | 25508 |

| Rx Number | Date Written | Date Filled | Process Add Timestamp | Refills Authorized | Refill Number |
|---|---|---|---|---|---|
| 000000938945 | 09/17/2013 | 09/17/2013 | 09/18/2013 | 0 | 0 |
| 000000938945 | 09/17/2013 | 09/17/2013 | 09/21/2013 | 0 | 0 |

| Drug Label Name | Metric Quantity | Days Supply | DEA Indicator | NDC | Total Paid |
|---|---|---|---|---|---|
| LOVAZA 1 GM CAPSULE | 120 | 30 | 0 | 00173078302 | $199.57 |
| LOVAZA 1 GM CAPSULE | -120 | -30 | 0 | 00173078302 | -$199.57 |

| Total Cost | Copay | Mail Order or Retail | Claim Status Code | Claim Status Code Description |
|---|---|---|---|---|
| $199.57 | $0.00 | RETAIL | 71 | Finalized - Denied |
| -$199.57 | $0.00 | RETAIL | 71 | Finalized - Denied |

| CICS Status Code Description | DAW Indicator | Pharmacy Service Type Cd | Submission Clarification Code |
|---|---|---|---|
| Reversal | 0 | 0 | 0 |
| Reversal | 0 | 0 | 0 |

| Prescriber ID | Prescriber Last Name | Prescriber First Name | Prescriber Address - Line 1 |
|---|---|---|---|
| 1528025350 | ██ | ██ | 555 S MAIN ST |
| 1528025350 | ██ | ██ | 555 S MAIN ST |

| Prescriber Address - Line 2 | Prescriber Address - City | Prescriber Address - State | Prescriber Address - Zip Code |
|---|---|---|---|
| | CHAPMANVILLE | WV | 25508 |
| | CHAPMANVILLE | WV | 25508 |

| Pharmacy ID | Pharmacy Name | Pharmacy Business Address - Line 1 |
|---|---|---|
| 5004332 | ARACOMA DRUG COMPANY | 772 MAIN ST. |
| 5004332 | ARACOMA DRUG COMPANY | 772 MAIN ST. |

Case 3:16-cr-00101-RGJ   Document 71-3   Filed 10/28/16   Page 9 of 15 PageID #: 559

| Pharmacy Business Address - Line 2 | Pharmacy Business Address - City | Pharmacy Business Address - State |
|---|---|---|
| | CHAPMANVILLE | WV |
| | CHAPMANVILLE | WV |

| Pharmacy Business Address - Zip Code | Customer Number | Client Name | Group Name |
|---|---|---|---|
| 25508 | 320 | MEDICARE PDP | HUMANA INSURANCE COMPANY |
| 25508 | 320 | MEDICARE PDP | HUMANA INSURANCE COMPANY |

| Claim Number | Brand Name | Brand or Generic | Dosage Form |
|---|---|---|---|
| 336601971761001 | LOVAZA | BRAND | CAPSULE |
| 336601971761004 | LOVAZA | BRAND | CAPSULE |

| COB Flag | Compound Indicator | Origin Indicator | GCN | Package Size | Residence Type Cd |
|---|---|---|---|---|---|
|  | N | 1 | 23929 | 120.000 | 0 |
|  | N | 1 | 23929 | 120.000 | 0 |

| Ther Class Description - AHFS | Ther Class Description - Specific |
|---|---|
|  | ANTIHYPERLIPIDEMICS - MISC. |
|  | ANTIHYPERLIPIDEMICS - MISC. |

| Cardholder First Name | Cardholder Last Name | Member Begin Date | Member End Date | Member ID |
|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮ | 6/1/2013 | 5/31/2014 | ▮▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮ | 6/1/2013 | 5/31/2014 | ▮▮▮▮▮ |